Opinion issued June 24,
2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00495-CV

———————————

In re HRD CORPORATION, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

 

MEMORANDUM OPINION

          The matter underlying this original
proceeding is currently set for arbitration on June 28, 2010.  Relator requests that we issue a writ of
mandamus directing the three arbitrators and the trial court judge to “postpone
the arbitration hearing until a time beyond the weeks designated in the
Vacation Letter filed by [relator’s counsel].”[1]  

          We deny
relator’s petition for writ of mandamus. 
We also deny relator’s request for emergency temporary relief.  

PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and
Higley.











[1]           Respondent are The Honorable Reece
Rondon of the 234th District Court of Harris County; David M. Ostfeld,
arbitrator; Roger B. Greenberg, arbitrator; and William E. Matthews, arbitrator.  The underlying suit is American Arbitration Assoc., Inc., David M. Ostfeld, Robert B.
Greenberg, William E. Matthews, and Ebrahim Bagherzadeh., No. 2010–33558 (234th
Dist. Ct., Harris County, Tex.).